447 A.2d 647

Commonwealth v. Harris, Appellant.

Submitted May 20, 1981.  John H. Corbett, Jr., Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order denying the petition for relief under the Post Conviction Hearing Act is affirmed.